NO. SCPW-11-0000733

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RAYMOND GONSALVES, Petitioner,

vs.

DISTRICT CIRCUIT COURT OF THE FIRST CIRCUIT,
STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(CASE NOS. 1DTI-06-012226, 1DTI-06-024476, 1DTI-06-119492,
1DTI-06-120263, 1DTC-06-013780, 1DTI-07-036645, 1DTI-07-032679,
1DTI-07-166063, 1DTI-07-166045, 1DTI-07-165292, 1DTI-07-177024,
1DTI-07-118898, 1DTI-08-038923, and 1DTI-08-008347)

ORDER
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of petitioner Raymond Gonsalves'
petition for a writ of mandamus and the papers in support, it
appears that petitioner fails to demonstrate a clear and
indisputable right to relief.  Therefore, petitioner is not
entitled to mandamus relief.  See Kema v. Gaddis, 91 Hawaiʻi 200,
204, 982 P.2d 334, 338 (1999) (A writ of mandamus is an
extraordinary remedy that will not issue unless the petitioner
demonstrates a clear and indisputable right to relief and a lack

of alternative means to redress adequately the alleged wrong or obtain the requested action.).  Accordingly,

IT IS HEREBY ORDERED that the clerk of appellate court shall process the petition for writ of mandamus without payment of the filing fee.

IT IS FURTHER ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawai'i, October 14, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna